**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| KEN AKOUNDI on behalf of himself, and all others similarly situated, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>FMS, INC., and JOHN DOES 1-25, )<br>)<br>Defendant(s). )<br>_____ ) | Civil Action No.: 14-cv-0366-RWS<br><br>NOTICE OF MOTION TO DISMISS<br><br>HEARING DATE: TBD<br>HEARING TIME:  TBD |

PLEASE TAKE NOTICE that, upon the accompanying defendant FMS, Inc.'s Memorandum of Law, FMS will move this Court, before the Honorable Robert W. Sweet, at the United States Courthouse, 500 Pearl Street, New York, New York on a date and time to be set by the Court for an order dismissing the First Amended Complaint (Dkt. No. 27) for failure to state a claim upon which relief can be granted under Federal Rule of Civil Procedure 12(b)(6).

*[signature on following page]*

Dated: September 3, 2014            Respectfully submitted,

/s/ Aaron R. Easley
Aaron R. Easley, Esq. (ae9922)
SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.C.
3 Cross Creek Drive
Flemington, NJ 08822
908-237-1660
Fax: 908-237-1663
Email: aeasley@sessions-law.biz

Bryan C. Shartle, Esq.
SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.C.
3850 N. Causeway Blvd., Suite 200
Metairie, Louisiana 70002
Telephone:    (504) 828-3700
Facsimile:    (504) 828-3737
Email: bshartle@sessions-law.biz
*Attorneys for Defendant,*
*FMS, Inc.*

**CERTIFICATE OF SERVICE**

I certify that on this 3rd day of September 2014, a copy of **NOTICE OF MOTION TO DISMISS** was filed electronically in the ECF system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system, including plaintiff's counsel, as described below. Parties may access this filing through the Court's system.

    Benjamin J. Wolf, Esq.
    LAW OFFICES OF JOSEPH K. JONES, LLC
    100 Park Avenue, 20th Floor
    New York, NY 10017
    Email: bwolf@legaljones.com

    Joseph K. Jones, Esq.
    ATTORNEY AT LAW
    244 W. 54th Street
    New York, NY 10019
    Email: jkj@legaljones.com

    *Attorneys for Plaintiff*

                              By:   */s/ Aaron R. Easley*
                                       Aaron R. Easley, Esq.
                                       *Attorneys for Defendant,*
                                       *FMS, Inc.*